UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 13-203-02 (RJL) |
| ) | |
| IRA ADONA,        ) | |
| ) | |
| Defendant.    ) | |

## GOVERNMENT'S POSITON REGARDING RESENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its position regarding resentencing for Ira Adona. This case has been remanded for resentencing, because the D.C. Circuit wished this Court to expressly acknowledge U.S. Sentencing Guideline §5G1.3, and that "[o]n remand, the district court must consider—but is not bound by—the guidance of § 5G1.3(b)." United States v. Dwayne Brown, et al., 892 F.3d 385, 400 (D.C. Cir. 2018).

As the Court is aware from the initial sentencing, the government believes that defendant Adona was a leader, and a dangerous and violent person. Nothing in the new presentence report has changed this conclusion. See Second PSR at ¶ 27b (documenting six disciplinary infractions while in Bureau of Prisons' custody). The government knows that the Court is fully aware of the prior history of this case and this defendant, and defers to the court for resentencing.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:      /S/
GEORGE P. ELIOPOULOS
Assistant United States Attorney
    D.C. Bar No. 390-601
TEJPAL S. CHAWLA

1

Assistant United States Attorney
D.C. Bar No. 464-012
555 Fourth Street NW
Washington, D.C. 20530
  (O) (202) 252-6957 (Eliopoulos)
  (O) (202) 252-7280 (Chawla)
george.p.eliopoulos@usdoj.gov
Tejpal.chawla@usdoj.gov
