AO 442 (Rev 11/11) Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 9102277

UNITED STATES OF AMERICA )
V. )
)
Ira Adona )
)
)

**RECEIVED**
By USMS  District of Columbia District Court at 8:43 pm, Jan 26, 2026

Case No.   0090 1:13CR00203-002

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

(name of person to be arrested) Ira Adona                                                                     .

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date:  1/22/2026

_____
Issuing Officer's Signature

City and State:  Washington, DC

Hon. Richard J. Leon, U.S. District Judge
Printed Name and Title

| Return |
|---|
| This warrant was received on (date) 01/26/26, and the person was arrested on (date) 3/20/26 at (city and state) Washington DC. |

Date: 3/20/26

_____
Arresting Officer's Signature

Ross Kantla  USM
Printed Name and Title